County, No. 87511, Barbara J. Rothstein, J., entered January 11, 1979. *Affirmed in part* and *remanded* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Ringold, J.

[No. 8053–9–I.   Division One.   October 6, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GLYNN PRICE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84969, Erle W. Horswill, J., entered June 27, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Ringold, JJ.

[No. 3880–7–III.   Division Three.   October 7, 1980.]

SARAH NIELSON, ET AL, *Respondents,* v. GEORGIA HELEN DEWEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 24148, Fred Van Sickle, J., entered February 26, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 3448–8–III.   Division Three.   October 7, 1980.]

SARAH NIELSON, ET AL, *Respondents,* v. GEORGIA HELEN DEWEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 24148, Fred Van Sickle, J., entered April 17, 1979. *Reversed* and *remanded* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.